[No. 5188–9–III.   Division Three.   December 22, 1983.]

*In the Matter of the Marriage of* ROGER TREJO RAMOS, *Appellant, and* DORA C. RAMOS, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 38290, Blaine Hopp, Jr., J., entered March 30, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 5373–3–III.   Division Three.   December 22, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MITCHELL FAIRLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82–1–00048–2, Yancey Reser, J., entered August 18, 1982. *Affirmed* by unpublished per curiam opinion.

[No. 5544–2–III.   Division Three.   December 22, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RAMON ALVAREZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81–1–00628–6, Harry Hazel, J. Pro Tem., entered December 7, 1982. *Affirmed* by unpublished per curiam opinion.